# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**695**

**CAF 15-00154**

PRESENT: CENTRA, J.P., CURRAN, TROUTMAN, AND SCUDDER, JJ.

---

IN THE MATTER OF CARTER W.
-----------------------------------------
MONROE COUNTY DEPARTMENT OF HUMAN SERVICES,
PETITIONER-APPELLANT;

ORDER

VICTORIA W., RESPONDENT.
-----------------------------------------
JAMES D., RESPONDENT.
(APPEAL NO. 1.)

---

MICHAEL E. DAVIS, COUNTY ATTORNEY, ROCHESTER (CAROL L. EISENMAN OF COUNSEL), FOR PETITIONER-APPELLANT.

KELLY WHITE DONOFRIO LLP, ROCHESTER (DONALD A. WHITE OF COUNSEL), FOR RESPONDENT JAMES D.

RHIAN D. JONES, ATTORNEY FOR THE CHILD, ROCHESTER.

---

Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered January 16, 2015 in a proceeding pursuant to Family Court Act article 10. The order granted respondent James D. supervised visitation with the subject child.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 17 and 22, 2016,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered: September 30, 2016                    Frances E. Cafarell
                                               Clerk of the Court